

# THE THIRTEENTH COURT OF APPEALS

---

13-12-00181-CV

---

RAMIRO CASTILLO, ROGELIO GARZA JR., STEPHANIE V. GONZALEZ, BRENDA SAENZ, LYNDA VALDEZ, CLEOFE VASQUEZ, AND JUAN M. VELA
v.
BROWNSVILLE-VALLEY REGIONAL MEDICAL CENTER, INC.

---

On Appeal from the
357th District Court of Cameron County, Texas
Trial Cause No. 2011-DCL-4700-E

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

December 19, 2013